# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

BARBARA FISHER,

        Plaintiff,        :        Case No. 3:04-cv-418

        -vs-        :        Chief Magistrate Judge Michael R. Merz

PERMA-FIX OF DAYTON, INC.,

        Defendant.       :

## DECISION AND ORDER DENYING APPLICATION TO APPEAR *PRO HAC VICE*

This case is before the Court on Application for Admission *Pro Hac Vice* of Amy M. Hartford (Doc. No. 13).

S. D. Ohio Civ. R. 83.4(c) permits admission *pro hac vice* by any attorney "who is not otherwise eligible to become a member of the bar of this Court. . . ." S. D. Ohio Civ. R. 83.3(b) provides "[a]ny member in good standing of the Bar of the Supreme Court of Ohio is eligible for admission as a permanent member of the Bar of this Court." Ms. Hartford's Application reveals that she is a member in good standing of the Bar of the Supreme Court of Ohio. Because she is eligible to become a permanent member of the Bar of this Court, she may not be admitted *pro hac vice* under the Rules.

The Application is respectfully denied.

April 15, 2005.

                                            s/ **Michael R. Merz**
                                          Chief United States Magistrate Judge

H:\DOCS\Fisher v. Perma-Fix 01.wpd